UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELISSA DIANE ROULETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:14-CV-210-TAV-HBG |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on June 3, 2015 [Doc. 18]. In the R&R, Magistrate Judge Guyton recommends that plaintiff's Motion for Summary Judgment [Doc. 14] be denied and defendant's Motion for Summary Judgment [Doc. 16] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Summary Judgment [Doc. 14] is **DENIED**, and defendant's Motion for Summary Judgment [Doc. 16] is **GRANTED**.

The Commissioner's decision in this case is hereby **AFFIRMED**, and this case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT

2